UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURUPA UNIFIED SCHOOL DISTRICT, local educational agency, <br><br> Plaintiff, <br><br> v. <br><br> GUILLERMINA and ALEJANDRO AGUILERA, Parents on behalf of M.A., a minor Student, <br><br> Defendants. | Case No. 5:24-cv-02140-SB (SHKx) <br><br> **STIPULATED ORDER** |

Pursuant to the parties' stipulation at Dkt. No. 40, it is ORDERED that the California Office of Administrative Hearings (OAH) shall vacate its July 11, 2024 final decision in OAH Case No. 2024010623.

It is further ORDERED that the above entitled action be dismissed WITH PREJUDICE.

**IT IS SO ORDERED**

DATED: May 14, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1
ORDER